IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Moheni and Tiana Lakatani, | ) | 1:11-CV-00203-LEK -RLP |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION |
| | ) | REGARDING PLAINTIFF'S [SIC] |
| Waypoint Law Group, a foreign | ) | MOHENI AND TIANA |
| corporation, et al., | ) | LAKATANI'S REQUEST FOR |
| | ) | ENTRY OF DEFAULT |
| Defendants. | ) | JUDGMENT AS TO DEFENDANT |
| _____ | ) | WAYPOINT LAW GROUP, A |
| | | FOREIGN CORPORATION |

<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND
RECOMMENDATION REGARDING PLAINTIFF'S [SIC] MOHENI AND
TIANA LAKATANI'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT AS
TO DEFENDANT WAYPOINT LAW GROUP, A FOREIGN CORPORATION</u>

Findings and Recommendation having been filed and served on all parties on December 5, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 20, 2011.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

cc: all parties of record

**MOHENI AND TIANA LAKATANI V. WAYPOINT LAW GROUP, ET AL; CIVIL NO. 11-00203 LEK-RLP; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S [SIC] MOHENI AND TIANA LAKATANI'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT WAYPOINT LAW GROUP, A FOREIGN CORPORATION**