IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOHENI AND TIANA LAKATANI, | ) ) ) | CIVIL 11-00203-LEK-RLP |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WAYPOINT LAW GROUP, A FOREIGN CORPORATION; AMERICAN LENDING REVIEW, A FOREIGN CORPORATION; JEAN-PAUL SHAZADA; LYLE SAPERSTEIN; AND JIMMY MANSOOR, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on July 13, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION THAT PLAINTIFFS' MOHENI AND TIANA

LAKATANI'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT AS TO

DEFENDANT WAYPOINT LAW GROUP, A FOREIGN CORPORATION, BE

GRANTED," Docket entry no. 29,  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 31, 2012.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

MOHENI LAKATANI, ET AL. V. WAYPOINT LAW GROUP, ETC., ET AL; CIVIL NO. 11-00203 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION